FILED
2020 Aug-27 PM 03:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JADEDIAH BUMPUS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:19-cv-01756-LSC-SGC |
| ) | |
| ROCHE DIAGNOSTIC ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

The magistrate judge entered a report on July 15, 2020, recommending this action be dismissed without prejudice pursuant to Rule 12(h)(3) of the *Federal Rules of Civil Procedure* for lack of federal subject-matter jurisdiction. (Doc. 10). Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** her recommendation. Therefore, in accordance with Fed. R. Civ. P. 12(h)(3), this action is due to be dismissed without prejudice for lack of federal subject-matter jurisdiction.

A Final Judgment will be entered.

**DONE** and **ORDERED** on August 27, 2020.

_____
L. Scott Coogler
United States District Judge

160704